SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ARTHUR LEE WILLIAMS** | § | |
| | § | |
| **V.** | § | **CIVIL NO. 4:13-cv-01714** |
| | § | |
| **WILLIAM STEPHENS, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutional Division** | § | |

**MOTION FOR LEAVE TO AMEND PETITION FOR WRIT OF HABEAS CORPUS**

**TO THE JUDGE OF SAID COURT:**

COMES NOW ARTHUR LEE WILLIAMS, Petitioner herein, by and through his attorney, STANLEY G. SCHNEIDER, and moves this Court for leave to amend his petition for writ of habeas corpus and in support thereof, would show the Court as follows:

## I. BACKGROUND

Petitioner has been convicted of capital murder and sentenced to death.  His application for writ of habeas corpus in state court was denied on June 13, 2012.

## II. REASON TO GRANT LEAVE TO AMEND

The Texas Court of Criminal Appeals denying Petitioner habeas relief on June 13, 2012.  The Texas Court of Criminal Appeals received Petitioner's Motion for Rehearing on July 31, 2012.  The Texas Court of Criminal Appeals denied Petitioner's Motion for Rehearing on September 26, 2012.

Counsel is filing herewith a petition for writ of habeas corpus to stop the applicable deadlines under AEDPA.  Counsel is unsure if the filing deadline is June 12, 2013 or September 26, 2013 based on the two dates in which the Texas Court of Criminal Appeals denied Petitioner relief.  Counsel has decided to err on the side of caution in filing this petition for writ of habeas corpus

today.  For this reason, counsel requests the Court to grant him leave to amend.

### III.  CERTIFICATE OF CONFERENCE

Counsel has not conferred with the Attorney General's office because he is currently traveling and has had limited cell phone access and internet access.  Counsel can confer with the Attorney General's office once he has access to a land line and confer during regular business hours at the Attorney General's office.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner moves this Court to grant him leave to amend his petition and that such amended petition be filed on or before the 25th day of September, 2013.

Respectfully Submitted,

SCHNEIDER & McKINNEY, P.C.

    /s/ Stanley G. Schneider
Stanley G. Schneider
Texas Bar No. 17790500
440 Louisiana Suite 800
Houston, Texas 77002
OFFICE: (713) 951-9994
FAX: (713) 226-6008
EMAIL: stans3112@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Respondent by Electronic Filing and by mailing a copy to Respondent's attorney, the Office of the Attorney General, PO Box 12548, Austin, TX 78711-2548 on this 12th day of June, 2013.

/s/ Stanley G. Schneider
Stanley G. Schneider
